UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GUSTAV J. BUCHHOLZ, on behalf of himself and all other similarly situated,<br><br>    Plaintiff,<br>v.<br><br>ALLTRAN FINANCIAL, LP and LVNV FUNDING, LLC,<br><br>    Defendants. | Case No.  1:18-cv-00486-JTN-ESC<br><br>Honorable Judge Janet T. Neff<br><br>Magistrate Judge Ellen S. Carmody |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, GUSTAV J. BUCHHOLZ ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., having filed with this Court the Agreed Stipulation of Dismissal with Prejudice (ECF No. 19) and the Court having reviewed same, GRANTS the stipulation. Accordingly:

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.  Each party shall bear his or its own costs and attorney fees.

Dated:   November 5, 2018

                                        /s/ Janet T. Neff
                               Judge, U.S. District Court